UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ACCENTIA BIOPHARMACEUTICALS, INC., et al.,

Debtors.
_____/

Chapter 11

Case No. 8:08-bk-17795-KRM

(Jointly Administered)

APPLICATION OF DEBTORS IN POSSESSION FOR AUTHORITY
TO RETAIN SALIWANCHIK, LLOYD & SALIWANCHIK
AS SPECIAL INTELLECTUAL PROPERTY LAW COUNSEL

> A hearing on this Application will be held on April 1, 2009, at 3:30 p.m., in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, before the Honorable K. Rodney May, Bankruptcy Judge.

Accentia Biopharmaceuticals, Inc. ("**Accentia**") and its subsidiary, Biovest International, Inc. ("**Biovest**"), as debtors and debtors in possession (hereinafter collectively referred to as the "**Debtors**"), hereby file their Application of Debtors in Possession for Authority to Retain Saliwanchik, Lloyd & Saliwanchik as Special Intellectual Property Law Counsel (the "**Application**") and request, pursuant to Sections 327(a) and (e) of the Bankruptcy Code, 11 U.S.C. §§101 *et. seq* (the "**Bankruptcy Code**"), and Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "**Bankruptcy Rules**"), that this Court authorize the Debtors' employment of Saliwanchik, Lloyd & Saliwanchik ("**SLS**") as special intellectual property law counsel for the Debtors in the above-captioned jointly administered cases and any related proceedings *nunc pro tunc* to November 10, 2008. In support of this Application, the Debtors respectfully represent as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief requested herein are Sections 327(a) and (e) of the Bankruptcy Code and Bankruptcy Rule 2014.

## Background

2. On November 10, 2008, (the "**Petition Date**"), Accentia and its subsidiaries, Biovest, Analytica International, Inc. ("**Analytica**"), TEAMM Pharmaceuticals, Inc. ("**TEAMM**"), AccentRx, Inc. ("**AccentRx**"), Accentia Specialty Pharmacy, Inc. ("**ASP**"), Biovax, Inc. ("**Biovax**"), AutovaxID, Inc. ("**AutovaxID**"), Biolender, LLC ("**Biolender**") and Biolender II, LLC ("**Biolender II**") (as the context requires, also collectively the "**Debtors**") filed with this Court their Voluntary Petitions for relief under Chapter 11 of the Bankruptcy Code.

3. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. On November 13, 2008, this Court entered its Order Granting Debtor's *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) in each of the Debtors' Chapter 11 cases (collectively, the "**Joint Administration Order**"). Pursuant to the Joint Administration Order, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under In re: Accentia Biopharmaceuticals, Inc., Case No. 8:08-bk-17795-KRM.

5. No previous application for the relief sought herein has been made by the Debtors

to this Court or any other court.

6. No trustee or examiner has been appointed in these cases. On December 1, 2008, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors for the Debtors (the "**Committee**") in these Chapter 11 cases pursuant to Section 1102 of the Bankruptcy Code [Doc. No. 74].

A. *Company Background.*

7. Accentia, a publicly traded Florida corporation, has three operating divisions: (i) the Drug Development Division, (ii) the Pharmaceutical Product Consulting Division, and (iii) the Instruments and Cell Production Division (through its subsidiary, Biovest). Accentia's Drug Development Division is in the process of advancing a portfolio of potential blockbuster drug candidates, including BiovaxID®, Revimmune™ and SinuNase™. The first product candidate, BiovaxID®, is an anti-cancer vaccine that is focused on treating such cancers as non-Hodgkins lymphoma and Multiple Myeloma. The second product candidate, Revimmune™, is being developed as a treatment for Multiple Sclerosis and Sickle Cell Anemia. The third product candidate is SinuNase™ being developed as an intranasal treatment of chronic sinusitis. Accentia's Pharmaceutical Product Consulting Division, operating through its subsidiary Analytica, provides a broad range of consulting and development services, including pricing and market assessments, to the biopharmaceutical industry throughout the United States, the European Union and Asia, utilizing teams of employees at offices in New York and Germany.

8. Biovest, a publicly traded Delaware corporation, has two operating divisions: (i) the Drug Development Division and (ii) the Instruments and Cell Production Division. Biovest is a majority-owned subsidiary of Accentia with its remaining shares being publicly traded. Accentia also maintains a royalty interest in Biovest's biologic products. Biovest has a

foundation in the manufacture of biological drugs for research and clinical trials. The Drug Development Division is a pioneer in the development of advanced individualized immunotherapies for life-threatening cancers of the blood system. Biovest recently completed a pivotal Phase 3 clinical trial at 24 major medical institutions in the United States for BiovaxID®, which is a patient-specific anti-cancer vaccine focusing on the treatment of follicular non-Hodgkin's lymphoma. Biovest licensed its subsidiary, Biovax, to manufacture vaccines for the now completed Phase 3 clinical trial of BiovaxID® and potential other markets. Biovest is in the process of seeking approval for the marketing and sale of BiovaxID® in the United States, the European Union, Japan, Australia, Switzerland and Russia. Biovest will soon commence selling BiovaxID® in the European Union under the EU's Named Patient Program. Biovest, in part, through it subsidiary AutovaxID, manufactures and markets the patent pending AutovaxID™ cell culture systems, which is an automated vaccine manufacturing instrument for the production of cell-based materials and therapeutics.

9. Biolender and Biolender II, both Delaware limited liability companies, were formed to obtain certain tax credits. These entities, for which Biovest is the sole member and manager, have no business operations.

10. Prior to the Petition Date, TEAMM marketed and sold, through its sales force, a portfolio of specialty pharmaceutical products to the biotechnology and medical markets. As of the Petition Date, TEAMM has ceased its business operations.

11. AccentRx was a mail order specialty pharmacy focused on pharmaceuticals for AIDS patients and organ transplant patients. The assets of AccentRx were sold in December 2003. Since 2003, AccentRx has not conducted any business operations.

4

12. ASP's business is limited to collecting royalty payments and otherwise has no other business operations.

13. As of the Petition Date, the Debtors' principal executive and administrative offices, approximately 9,800 square feet, were located at 324 Hyde Park Avenue, Suite 350 in Tampa, Florida. Analytica leases office space (approximately 13,800 square feet) in New York, New York. Biovest leases manufacturing space (approximately 33,000 square feet) in Minneapolis, Minnesota. Prior to the Petition Date, AutovaxID leased a manufacturing facility (approximately 24,000 square feet) in St. Louis, Missouri and Biovest leased a facility (approximately 17,000 square feet) in Worcester, Massachusetts, and orders have been entered by the Court approving the rejection of the non-residential real property leases with respect to those facilities.

**B.** *The Debtors' Outstanding Debt.*

14. For the fiscal year ended September 30, 2007, Accentia's consolidated statement of operations reflected total net sales of approximately $18.2 million, total operating expenses of approximately $53.2 million (which includes substantially non-cash items), and a net operating loss (which also includes substantially non-cash items) of approximately $41.6 million. As of September 30, 2007, Accentia's consolidated balance sheet reflected total assets of approximately $33 million and total liabilities of approximately $93 million.

15. As of October 31, 2008, Accentia owed approximately $31.3 million in secured debt and approximately $30.1 million in unsecured obligations.

16. As of October 31, 2008, Biovest owed approximately $33.4 million in secured debt and approximately $14.2 million in unsecured obligations.

## Relief Requested and Grounds for Relief

17. Pursuant to Sections 327(a) and (e) of the Bankruptcy Code, the Debtors request that this Court approve their retention of Saliwanchik, Lloyd & Saliwanchik, with offices located at 3107 SW Williston Road, Gainesville, Florida 32608, as special counsel to represent the interests of the Debtors in connection with matters involving the Debtors' intellectual property, including but not limited to filing and prosecuting patent and trademark applications, handling United States and foreign filing requirements for the Debtors' patents and trademarks, and generally advising the Debtors as to all intellectual property matters. The Debtors request that the Court's approval be *nunc pro tunc* to the Petition Date, the first date of post-petition services rendered by SLS.

18. The Debtors have selected SLS to perform the services set forth in paragraph 17 above because SLS specializes in performing legal services in the intellectual property field and its services are necessary to provide the Debtors with continuing advice regarding these matters. SLS is familiar with the Debtors' business operations, intellectual property and the like. In addition, Glenn Ladwig, an attorney at SLS, was formerly in-house intellectual property law counsel for the Debtors and has extensive knowledge regarding the Debtors' intellectual property. The Debtors, therefore, believe that retaining SLS to render the services is both time and cost-efficient and is preferable to retaining a law firm lacking the background with the Debtors' intellectual property.

19. The Debtors believe that the attorneys at SLS are well qualified to represent the Debtors herein and that the employment of said firm as special intellectual property law counsel would be in the best interest of the Debtors and their estates. The shareholder at SLS primarily responsible for this representation will be Jeff Lloyd.

20. The Debtors will require SLS to render extensive legal services in these cases, the cost of which is difficult to estimate.

21. SLS, Jeff Lloyd and other lawyers with such firm propose to represent the Debtors in the above-described matters on either a value-based billing system or an hourly rate basis depending on the matter involved. The value-based billing system is intended to reflect the fair value of the services taking into account the type of service performed, any special level of expertise required, the size and scope of the matter, results obtained, and other relevant circumstances in accordance with the applicable rules of professional conduct. With respect to services to be performed on an hourly rate basis, SLS has advised the Debtors that the current hourly rates for the attorneys proposed to actively represent the Debtors are:

    a. Jeff Lloyd          $375 per hour; and

    b. Glenn Ladwig      $325 per hour.

Other attorneys and paralegals will render services to the Debtors as needed. Generally, SLS's hourly rates are in the following ranges:

| Title | Rate per Hour |
|---|---|
| Partners | $300 - $375 |
| Associates | $200 - $250 |
| Paralegals | $150 - $175 |

22. The Debtors have also agreed to reimburse SLS for the actual and necessary expenses SLS incurs, including, but not limited to, any costs advanced by the firm, at the rates commonly charged for such costs to other SLS clients. SLS typically incurs significant costs in this practice area as it is customary to advance filing fees and other amounts on behalf of clients.

23. SLS is filing with this Application the proposed attorney's Affidavit in support of the Application demonstrating that Jeff Lloyd and the law firm of SLS are disinterested as required by 11 U.S.C. §§327(a) and (e) and a verified statement as required under Bankruptcy Rule 2014 (the "**Affidavit**").

24. Except as provided in the Affidavit, to the best of the Debtors' knowledge, neither the attorneys at SLS nor the law firm of SLS has any connection with the creditors of the Debtors or other parties in interest or their respective attorneys, and neither said attorneys nor said law firm represent any interest adverse to the Debtors. The Debtors believe that representation of each of the Debtors will not result in any actual conflict and that representation by separate law firms would not be economical or beneficial to the Debtors, their respective creditors or estates. The employment of SLS is in the best interests of these estates.

25. Since SLS customarily advances significant disbursements on behalf of the Debtors, the Debtors request authority to pay invoices rendered by SLS on a monthly basis, such payment to be in an amount equal to eighty percent (80%) of fees incurred and one hundred percent (100%) of costs incurred. Prior to such payment, the applicable invoice shall be submitted to the Debtors and their counsel, counsel to Laurus Master Fund, Ltd., counsel to the Committee, and the Office of the United States Trustee. If no party objects to any such invoice within ten (10) days of receipt, the Debtors shall be authorized to pay such invoice in accordance with the percentages set forth above, provided that the amount of fees and costs are included in a budget for the Debtors approved by Laurus Master Fund, Ltd. and the Committee. SLS will still be required to file fee applications with the Court in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and orders of this Court.

## Notice

26. On November 19, 2008, this Court entered its Order Granting Debtors' Emergency Motion to Establish Notice Procedures [Doc. No. 44] (the "**Notice Order**"). Subject to certain exceptions not applicable to this Application, the Notice Order provides, in pertinent part, that notice in the jointly administered cases of the Debtors will be sufficient if a pleading is served on the "Master Service List" (as defined in the Notice Order) and any party whose interests are directly affected by a specific pleading. A copy of this Application is being sent to all parties set forth on the Master Service List for these jointly administered Chapter 11 cases and SLS. Accordingly, the Debtors request that the Court enter an order finding that such notice of this Application is adequate and sufficient and complies with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court. The Debtors submit that, given the nature of the relief requested herein, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request an order of this Court (a) authorizing the retention of Jeff Lloyd and the law firm of SLS as special intellectual property law counsel pursuant to 11 U.S.C. §§327 and 330, *nunc pro tunc* to November 10, 2008, and (b) providing such other and further relief as is just.

Dated this 16th day of March, 2009

**Accentia Biopharmaceuticals, Inc.**

By: _____
Alan M. Pearce, Chief Financial Officer

**Biovest International, Inc.**

By: _____
Alan M. Pearce, Chief Financial Officer

9

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Application of Debtors in Possession for Authority to Retain Saliwanchik, Lloyd & Saliwanchik as Special Intellectual Property Law Counsel** has been furnished on this 16th day of March, 2009, by **CM/ECF Transmission** to the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, and by **U.S. Mail** (unless received by the following parties by CM/ECF Transmission) to all parties set forth on the Master Service List attached hereto and to Jeff Lloyd, Esq., Saliwanchik, Lloyd & Saliwanchik, 3107 SW Williston Road, Gainesville, Florida 32608.

/s/ Charles A. Postler
Charles A. Postler (Florida Bar No. 455318)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
PH   (813) 229-0144
FAX  (813) 229-1811
Attorneys for Debtors

MASTER SERVICE LIST
ACCENTIA BIOPHARMACEUTICALS, INC.
03/16/2009

**EXHIBIT A**

Charles A. Postler, Esq.
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street, Suite 200
Tampa, FL 33602

Accentia Biopharmaceuticals, Inc.
Attn: Samuel S. Duffey
324 South Hyde Park Avenue
Suite 350
Tampa, FL 33606

Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, FL 33602

Securities and Exchange Commission
c/o Susan R. Sherrill-Beard
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Honorable Eric H. Holder, Jr.
U.S. Attorney General
Department of Justice - Room 4400
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Internal Revenue Service
Spec Proc Br MC 5720 P&I I
400 W. Bay St., Ste 35045, Bkcy Sect
Jacksonville, FL 32202-4437

Florida Department of Revenue
P.O. Box 6527
Tallahassee FL 32314-0000

Stuart Komrower, Esq.
Cole, Schotz, Meisel, et al.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

Adam H. Friedman, Esq.
Olshan Grundman Frome, et al.
Park Avenue Tower
65 East 55th Street
New York, NY 10022

Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 SE 2nd Street, 44th Floor
Miami, FL 33131

Tina M. Talarchyk, Esq.
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Michael Clateman, Managing Director
Rockmore Investment Master Fund, Ltd.
c/o Rockmore Capital, LLC
150 East 58th Street, 28th Floor
New York, NY 10155

Dale Willenbring, Portfolio Manager
Whitebox Hedged High Yield Partners, LP
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416

Joshua Thomas, Portfolio Manager
Midsummer Investment, Ltd.
295 Madison Ave
38th Floor
New York, NY 10017

George Smith, Senior VP
American Defense International, Inc.
1100 New York Avenue, NW
West Tower, Suite 630
Washington, DC 20005

Jarrett Disbrow, President
Arbor Pharmaceuticals, Inc.
4505 Falls of Neuse Rd.
Suite 420
Raleigh, NC 27609

Brian S. Behar, Esq.
Behar, Gutt & Glazer, P.A.
2999 N.E. 191st Street, Fifth Floor
Aventura, FL 33180

William C. Crenshaw, Esq.
Powell Goldstein LLP
901 New York Avenue, NW, Third Floor
Washington, DC 20001

W. Bard Brockman
Gwendolyn J. Godfrey
Powell Goldstein LP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488

Michael H. Resnikoff, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Robert B. Glenn, Esq.
Glenn Rasmussen Fogarty & Hooker, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL 33602

Samuel J. Zusmann, Jr., Esq.
Holland & Knight LLP
a/f Collegium Pharmaceutical, Inc.
200 S. Orange Avenue, Suite 2600
Orlando, FL 32802-1526

Edward M. Fitzgerald, Esq.
Holland & Knight LLP
a/f Collegium Pharmaceutical, Inc.
200 S. Orange Avenue, Suite 2600
Orlando, FL 32802-1526

James L. Fly, Esq.
Holland & Knight LLP
a/f Collegium Pharmaceutical, Inc.
200 S. Orange Avenue, Suite 2600
Orlando, FL 32802-1526

Robert C. Edmundson, Esq.
Senior Deputy Attorney General
Counsel to Pennsylvania, Dept. of Revenue
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Erin E. Wietecha, Esq.
Cole, Schotz, Meisel, et al.
900 Third Avenue
New York, NY 10022-4728

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

American Express Travel Related Svcs Co.
  Inc. Corp. Card
c/o Becket and Lee LLP
Gilbert B. Weisman, Esq.
P. O. Box 3001
Malvern, PA  19355-0701


MASTER LIST
Secured Creditors


BAM Opportunity Fund LP
44 Wall Street
Suite 1603
New York, NY 10005

BioHedge Holdings Limited
175 Bloor Street
South Tower, Suite 807
Toronto ON M4W3R8
CANADA

BridgePoint Master Fund Ltd.
1125 Sanctuary Pkwy
Suite 275
Alpharetta, GA 30004


Cranshire Capital, L.P.
3100 Dundee Rd.
Suite 703
Northbrook, IL 60015

Crescent International, Ltd.
84 Av. Louis-Casai
Cointrin/Geneva CH-1216
SWITZERLAND

Dell Financial Services, L.P.
12234 North IH-35
Building B
Austin, TX 78753


Diamond Opportunity Fund, LLC
500 Skokie Blvd
Suite 300
Northbrook, IL 60062

GCA Investment Fund Limited
12 Church Street
Mechanic Bldg
Hamilton HM11
BERMUDA

GPC LIX LLC
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416


Guggenheim Porfolio Company XXXI, LLC
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416

Hudson Bay Fund, LP
120 Broadway
40th Floor
New York, NY 10271

Hudson Bay Overseas Fund, Ltd.
120 Broadway
40th Floor
New York, NY 10271


Laurus Master Fund, Ltd.
335 Madison Avenue
10th Floor
New York, NY 10017

Lloyd I. Miller
4550 Gordon Dr.
Naples, FL 34102

LV Administrative Services, Inc.
335 Madison Avenue
10th Floor
New York, NY 10017


McKesson Corporation
One Post Street
20th Floor
San Francisco, CA 94104

Midsummer Investment, Ltd.
295 Madison Ave
38th Floor
New York, NY 10017

Pandora Select Partners, LP
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416


Psourc Structured Debt Limited
Two Enbarcadero Center
Suite 2220
San Francisco, CA 94111

Rockmore Investment Master Fund, Ltd.
150 East 58th Street
New York, NY 10155

Rosalind Capital Partners, L.P.
175 Bloor Street
South Tower, Suite 807
Toronto ON M4W3R8
CANADA


RRC BioFund, LP
217R Concord Ave
Cambridge, MA 02138

Southwest Bank, an M&I Bank
13205 Manchester Rd.
St. Louis, MO 63131

UBS O'Connor LLC
One North Wacker Dr.
Chicago, IL 60606

Valens Offshore SPV I, LLC
c/o Valens Capital Management, LLC
335 Madison Avenue
10th Floor
New York, NY 10017

Valens Offshore SPV I, Ltd.
335 Madison Avenue
10th Floor
New York, NY 10017

Valens Onshore
335 Madison Avenue
10th Floor
New York, NY 10017

Valens U.S. SPV I, LLC
c/o Valens Capital Management, LLC
335 Madison Avenue
10th Floor
New York, NY 10017

WB Special Opportunities Fund, Ltd.
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416

Whitebox Convertible Arbitrage Partners
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416

Whitebox Hedged High Yield Partners, LP
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416

Whitebox Intermarket Partners, LP
3033 Excelsior Blvd.
Suite 300
Minneapolis, MN 55416

Ron Osman
1602 W. Kimmel St
PO Box 939
Marion, IL 62959

Valens Offshore
335 Madison Ave
10th Floor
New York, NY 10017

Valens U.S.
335 Madison Ave
10th Floor
New York, NY 10017

Enterprise Fleet Management
P O Box 620850
Charlotte, NC 28262

Enterprise Fleet Services - North Caroli
8335 IBM Drive
Suite 100
Charlotte, NC 28262

Phillip E. Rosensweig
7280 West Palmetto Park Road
Suite 105
Boca Raton, FL 33433