210B (12/09)

# United States Bankruptcy Court

Middle District of Florida
Case No. 8:08-bk-17795-KRM
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Accentia Biopharmaceuticals, Inc., et al<br>324 South Hyde Park Avenue<br>Suite 350<br>Tampa FL 33606 | Biovest International, Inc.<br>324 South Hyde Park Avenue<br>Suite 350<br>Tampa FL 33606 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/24/2010.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : Asthma & Allergy Associates, P.C., 840 Hanshaw Road, Ithaca, NY 14850 | Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/27/10

Lee Ann Bennett
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: mtina              Page 1 of 1              Date Rcvd: Mar 25, 2010
Case: 08-17795                Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 27, 2010.
15337173        +Asthma & Allergy Associates, P.C.,    840 Hanshaw Road,    Ithaca, NY 14850-1589

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                          **Signature:**    _Joseph Speetjens_