**210B (12/09**)

# United States Bankruptcy Court

Middle District of Florida
Case No. 8:08-bk-17795-KRM
Chapter 11

In re: Debtor(s) (including Name and Address)

Accentia Biopharmaceuticals, Inc., et al
324 South Hyde Park Avenue
Suite 350
Tampa FL 33606

Biovest International, Inc.
324 South Hyde Park Avenue
Suite 350
Tampa FL 33606

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/05/2010.

Name and Address of Alleged Transferor(s):

Claim No. : Ellenoff Grossman & Schole, LLP, 150 East 42nd Street, 11th Floor, New York, NY 10017

Name and Address of Transferee:

ASM Capital III, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, Ny 11797

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/08/10

Lee Ann Bennett
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: qdoc-teb           Page 1 of 1              Date Rcvd: May 06, 2010
Case: 08-17795                Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on May 08, 2010.
15337204     +Ellenoff Grossman & Schole, LLP,    150 East 42nd Street,    11th Floor,   New York, NY 10017-5659

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2010**                         **Signature:** _Joseph Speetjens_