# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

_____

In re:  )  Chapter 11  
  )  
Accentia Biopharmaceuticals, Inc., et al. and )  Case No. 08-17795  
Biovest International, Inc. )  Case No. 08-17796  
  )  
　　　　　　　　　　　　　Debtors. )  
_____  Claim Amount: $60,000.00  
Schedule: F

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO FRBP RULE 3001(e)(1)

**TO:　　TRANSFEROR:**　　**American Defense International, Inc.**  
　　　　　　　　　　　　　1100 New York Avenue, NW  
　　　　　　　　　　　　　Suite 630  
　　　　　　　　　　　　　Washington, DC 20005

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the above scheduled claim against Biovest International, Inc. in the amount of $60,000.00 as evidenced by the attached Evidence of Transfer of Claim to:

　　　　**TRANSFEREE:**　　**Pioneer Credit Opportunities Fund, LP**  
　　　　(where notices and　　Attn: Adam Stein-Sapir  
　　　　payments to transferee　Greeley Square Station, P.O. Box 20188  
　　　　should be sent)　　　　39 W. 31st Street  
　　　　　　　　　　　　　　　New York, NY 10001  
　　　　　　　　　　　　　　　Tel: 646-237-6969  
　　　　　　　　　　　　　　　Fax: 216-839-5330  
　　　　　　　　　　　　　　　adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

American Defense International, Inc., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $60,000.00 and the relevant portion of any proofs of claim (No. _____ ) against Biovest International, Inc. Case No. 08-17796 in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, jointly administered under Accentia Biopharmaceuticals, Inc., Case No. 08-17795.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 27th day of May, 2010.

ASSIGNOR:
_____
(Signature)

Michael Herson
(Print Name)

American Defense International, Inc.
(Company Name)

President
(Title)

ASSIGNEE:
_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)