UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No. 8:08−bk−17795−KRM
Chapter 11

Accentia Biopharmaceuticals, Inc., et al
fdba Accentia, Inc.
(Jointly Administered)
324 South Hyde Park Avenue
Suite 350
Tampa, FL 33606

Biovest International, Inc.
324 South Hyde Park Avenue
Suite 350
Tampa, FL 33606

_____Debtor\*_____/

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM(S)

TO: San Antonio Ear, Nose & Throat Research

Pursuant to Fed. R. Bankr. P. 3001(e), you are hereby advised that a Transfer of Claim(s) has been filed in this Court by ASM Capital, LP , regarding Claim Number(s) (Scheduled Claim) in the sum of (Scheduled Claim) filed by (Scheduled Claim) .

If an objection is not filed within twenty−one (21) days of the date of entry of this notice, the Transferee shall be substituted for the Transferor.

DATED on June 15, 2010

                             FOR THE COURT
                             Lee Ann Bennett , Clerk of Court

                             Sam M. Gibbons United States
                             Courthouse
                             801 North Florida Avenue, Suite 555
                             Tampa, FL 33602

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.