UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

ACCENTIA BIOPHARMACEUTICALS,                        Case No. 8:08-bk-17795-KRM
INC., et al.,
                                                    (Jointly Administered)
        Debtors.
_____/

ORDER GRANTING DEBTORS' EMERGENCY MOTION
FOR ORDER EXTENDING DATE FOR DEBTORS
TO OBTAIN ACCEPTANCE OF PLANS OF REORGANIZATION

THIS CASE came on for hearing on August 3, 2010, at 11:00 a.m. (the "**Hearing**"), on the Debtors' Emergency Motion for Order Extending Date for Debtors to Obtain Acceptance of Plans of Reorganization [Doc. No. 787] (the "**Motion**").[1] No objection was filed to the Motion. The Court considered the Motion, together with the record and the arguments of counsel at the Hearing, and for the reasons announced on the record at the Hearing, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The deadline for the Debtors to obtain acceptances of the Plans is extended from August 3, 2010 through and including September 30, 2010.

---

[1] Unless otherwise indicated, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

3. Counsel for the Debtors is directed to serve a copy of this Order on the Master Service List for these cases upon the entry of this Order and to thereafter file a certificate of service with the Clerk of the Court.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on **AUG 0 9 2010**.

K. Rodney May
United States Bankruptcy Judge

Copies furnished to:

Charles A. Postler, Esq.