UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ACCENTIA BIOPHARMACEUTICALS, INC., et al., | Case No. 8:08-bk-17795-KRM |
| Debtors. | (Jointly Administered) |
_____/

ORDER GRANTING DEBTORS' THIRD EMERGENCY
MOTION TO CONTINUE CONFIRMATION HEARING

THIS CASE came on for hearing before the Court on October 18, 2010, at 1:30 p.m. (the "**Hearing**"), on the Debtors' Third Emergency Motion to Continue Confirmation Hearing [Doc. No. 1371] (the "**Motion**").[1] No objection was filed to the Motion by any creditor or other party in interest, nor were any objections raised at the Hearing. The Court finds that due and sufficient notice of the Motion and the Hearing was provided to all parties listed on the Master Service List for these cases, and that such notice was adequate and appropriate in the current circumstances of these Chapter 11 cases as contemplated by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and a prior order entered by the Court regarding notice in these Chapter 11 cases, and any requests for other and further notice shall be and hereby are dispensed with and waived, and no other or further notice is necessary. The Court having considered the Motion, together with the record and the arguments of counsel at the Hearing, and for the reasons announced on the record at the Hearing, it is

**ORDERED:**

1. The Motion is GRANTED.

---

[1] Unless otherwise indicated, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

2. The confirmation hearing in these cases shall be continued to **October 27, 2010, at 3:30 p.m.**, before the Honorable K. Rodney May in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

3. By no later than October 26, 2010, the Debtors shall file confirmation affidavits with the Court, which shall contain the factual basis upon which the Debtors rely in establishing that each of the requirements of Bankruptcy Code Section 1129 are met.

4. Nothing in the Motion or in this Order shall extend, or be deemed to extend, the September 17, 2010 deadlines to object to confirmation of the Plans or to cast ballots on the Plans.

5. By no later than one (1) business day following the entry of this Order, counsel for the Debtors shall serve a copy of this Order on the Master Service List for these cases, and thereafter shall file a certificate of service with the Clerk of the Court.

**DONE** AND **ORDERED** in Chambers at Tampa, Florida, on OCT 1 8 2010 _____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copy to:

Charles A. Postler, Esq.